Wolff & Samson PC
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500
Attorneys for Defendant Time Warner Cable Inc.

| | |
|---|---|
| HAROLD M. HOFFMAN, individually and on behalf of those similarly situated,<br><br>                              Plaintiff,<br><br>- *against* -<br><br>TIME WARNER CABLE INC.,<br><br>                              Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action: 2:12-cv-00978-ES-CLW<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>DOCUMENT ELECTRONICALLY FILED |

To:   Philip C. Chronakis, Esq.
       Chronakis Siachos, LLC
       50 Harrison Street
       Suite 315
       Hoboken, New Jersey 07030

       Harold M. Hoffman, Esq.
       240 Grand Avenue
       Englewood, New Jersey 07631

**PLEASE TAKE NOTICE** that on Monday, April 2, 2012, at 9 o'clock in the forenoon, or as soon thereafter as counsel may be heard, the defendant, Time Warner Cable Inc., by its undersigned counsel, shall move before the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order dismissing plaintiff's Complaint and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the defendant will rely upon the accompanying Memorandum Of Law In Support Of Defendant Time Warner Cable Inc.'s Motion To Dismiss and the Declaration of Christine Dzujna.

3175774.3

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

>WOLFF & SAMSON PC
>Attorneys for Defendant Time Warner Cable Inc.
>
>By: /s/        William E. Goydan
>         WILLIAM E. GOYDAN

Dated:  March 9, 2012