Wolff & Samson PC
One Boland Drive
West Orange, New Jersey  07052
(973) 325-1500

Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005
(212) 701-3000

Attorneys for Defendant Time Warner Cable Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD M. HOFFMAN, individually and on behalf of those similarly situated,<br><br>                               Plaintiff,<br><br>                - against -<br><br>TIME WARNER CABLE INC.,<br><br>                              Defendant. | Civil Action: 2:12-cv-00978-ES-CLW<br><br>**DECLARATION OF<br>CHRISTINE DZUJNA** |

I, Christine Dzujna, declare as follows:

1.    I am an employee of Time Warner Cable Inc. ("TWC"), and serve as the Senior Director of Compliance and Legal Affairs.  This declaration is based on my personal knowledge, and if called as a witness, I am competent to testify as to the matters set forth herein.

2.    Attached hereto as Exhibit A is a true and correct copy of the current Time Warner Cable Terms of Service, which was in effect for TWC subscribers in New Jersey on December 31, 2011 through February 18, 2012.  A copy of the Terms of Service is provided on TWC's website and is available online at http://help.twcable.com/html/twc_terms_service.html.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the 8th day of March 2012 at New York, New York.

_____
Christine Dzujna

# EXHIBIT A



## Terms of Service

**WELCOME TO TIME WARNER CABLE!**

The services that you receive from Time Warner Cable are subject to the terms identified in your Residential Services Subscription Agreement, Work Order, Acceptable Use Policy, this Terms of Service, and any Addendums, as discussed in the Residential Services Subscriber Agreement. These agreements have been provided to you in your Connection Kit and are also available online at http://help.twcable.com/html/policies.html.

**Billing & Payment**
We may request that you pre-pay the charges for your first month's service and any installation or equipment fees are payable at the time of installation. Thereafter, we will bill you for your services every month in advance. Charges for additional items, (for instance, pay-per-view movies and events, international and directory assistance calling, additional services and features) will be billed the following billing cycle. Your monthly Time Warner Cable bill will identify your recurring service charges, additional charges and applicable taxes, fees and surcharges. These taxes, fees and surcharges may include, among others, federal and state excise taxes and fees, state and local sales and business taxes and service-specific charges, such as federal and state universal service contributions, E911 support charges and regulatory and franchise fees. You may request from Time Warner Cable a list of applicable fees, taxes and surcharges.

Payment in full for all billed charges, including additional charges and all taxes, fees and surcharges, must be received by the date indicated on your bill to avoid late fees and other charges. Please report any billing errors immediately. In order to receive credit for disputed charges, such charges must be reported within 30 days of the day on which you receive your bill unless otherwise specified under applicable law. A late fee may be assessed upon any outstanding undisputed balance due that remains after the due date appearing on your bill.

Nonpayment of any portion of your Time Warner Cable bill may result in interruption or disconnection of any and all services, including Digital Home Phone services. You are liable for payment for all services rendered by Time Warner Cable and billed to your account. It is your responsibility to mail or make payment in a timely manner to ensure receipt by TWC on or prior to the due date. If you know that your payment will be late, call our Customer Service department so we can make arrangements to avoid service interruption and reconnection fees, or, sign up for PayXpress and pay your bill online.

All equipment, including converters, terminals, remote controls and cable modems provided by Time Warner Cable are the property of Time Warner Cable and must be returned if you move or terminate your service. Your account will be charged a fee for any equipment which is not returned to Time Warner Cable at the time your service is disconnected. This charge also applies should any of the equipment be stolen from your home or returned damaged beyond the normal wear and tear.

**"Adult at Home" Policy**
Our installers and technicians will not enter your home to perform any work unless a responsible adult is present. We realize this may cause an inconvenience for some of our customers, but this policy is essential to protect you and our employees.

**Equipment**
Time Warner Cable will repair and/or replace the equipment we use to provide your services at no charge if the repair or replacement is not the result of your negligence, fault, or theft from your home. If you are experiencing problems with your service, contact your local Customer Service office. Customer Service contact information is available online at http://www.timewarnercable.com or you may call Customer Service by dialing *611 from your Digital Home Phone. Time Warner Cable does not repair equipment owned by you such as DVD players, telephones and televisions and is only responsible for bringing service to the input of such equipment.

**Home Wiring**
The following notice will serve to inform you of your options regarding the home wiring located within your dwelling that is used to provide cable service. Home wiring is the cable which runs from your TV set to a point approximately twelve inches outside of your dwelling unit. It includes extra outlets, splitters, connections and fittings or wall plates attached to the wire but does not include devices such as converters, descramblers, CableCARDs, A/B switches, parental lockout devices, security devices and the like.

Pursuant to FCC regulations, all customers are given the option to acquire the home wiring within their dwelling unit upon termination of cable service. However, even prior to termination of cable service, we allow our customers to remove, replace, rearrange, repair or maintain any cable wiring located within the interior space of the customer's dwelling unit so long as such actions do not interfere with our ability to meet FCC technical standards or to provide services to you or your neighbors. For example, you may not attach any device or equipment to your home wiring in a way that impairs the integrity of the local cable system, such as by creating signal leakage, or which may cause a violation of government regulations. Furthermore, you may not attach devices or equipment to the wiring which alone or together result in a degradation of signal quality to you or your neighbors.

If you choose to have us remove, replace, rearrange or maintain the wiring inside your home, you have the choice of paying our regular hourly service charge on a per-visit basis or of purchasing our optional line protection plan for a small monthly fee. This optional program covers most but not all home wiring problems. For example, it does not cover damage to home wiring caused by you or any third party should you attempt to undertake your own removal, replacement, rearrangement, repair, extension or maintenance of that wiring. Furthermore, we are not responsible for problems relating to the operation of customer-owned consumer electronics equipment such as televisions, VCRs, DVRs, home antennas, etc., which may be connected to home wiring. We are, however, responsible for problems relating to any equipment which you lease from us, other than problems caused by tampering, neglect or abuse.

You also have the option of removing, repairing, rearranging or maintaining the home wiring yourself or of hiring a qualified outside contractor to do the work for you. It is extremely important that only high quality home wiring

materials be used and that these materials be properly installed in order to avoid signal leakage and to maintain signal quality in compliance with FCC technical regulations. If you choose to install, replace or repair your own wiring, or hire a third party contractor to do it for you, we will be happy to furnish at cost the necessary wiring and connectors that will meet required technical standards, or provide you with a list of technical specifications for the equipment should you choose to purchase it elsewhere.

*Please Note...*
In the event improper installation by anyone other than us or the use of improper materials causes signal degradation and/or leakage, you may be held responsible for the cost of rectifying the problem. Also, we may be required under federal law to terminate your cable service until the problem can be remedied.

**Disconnection**
You may request that your services be disconnected at any time. We will schedule a disconnect appointment for you, or you may come to our cable office to return any Time Warner Cable equipment (converter boxes/remote controls/modems). Unless otherwise provided by applicable law, billing for any disconnected services will stop on the date that the service disconnection takes effect and all equipment is returned. If you are enrolled in a Price Lock Guarantee ("PLG") package, you will be subject to an early termination fee if you disconnect your service before the end of your PLG term.

**Moving?**
If you are moving within our service area, we will be glad to schedule an appointment to install Time Warner Cable services at your new location. Please notify us at least 10 days prior to your move and we'll arrange to transfer your services. Some fees and restrictions may apply. When you transfer your services, your account must be in current standing and any credits and charges from your previous service address will be transferred to your new account address. These credits and charges may take up to two months to appear on your Time Warner Cable bill.

## Specific Terms Regarding Digital Home Phone Service

Time Warner Cable offers several different Digital Home Phone Calling Plans. All Digital Home Phone Calling Plans include popular calling features, including Call Waiting, Caller ID, Call Waiting ID, Call Forwarding, Speed Dialing, Three-Way Calling and Anonymous Call Rejection. Voice Mail and special features are available for an extra monthly charge. All rates and fees are subject to change. Current rates are available at http://www.timewarnercable.com.

**Calling Plans**

- Digital Home Phone Unlimited Nationwide service allows you to call anyone, anytime, anywhere in the United States, U.S. Territories and Canada as frequently as you like for one simple monthly price, based on the package of services you purchase from Time Warner Cable. Current rates and offers are available at http://www.timewarnercable.com. Additional charges apply for taxes, fees, international calling and calls to directory assistance and operator services. Digital Home Phone may be used to make calls using other long distance providers, calling cards and dial around (10-10-) services.

- Digital Home Phone Unlimited Instate allows you to call anyone, anytime, anywhere within your state as frequently as you like for one simple monthly price based on the package of services you get from Time Warner Cable. Information regarding current rates, offers and identifying your calling area is available at http://www.timewarnercable.com. Additional charges apply for taxes, fees, international calling and directory assistance and operator services calls. Digital Home Phone Unlimited may be used to make calls using other long distance providers, calling cards and dial around (10-10-) services.

- Digital Home Phone Unlimited Local allows you to call anyone, anytime, anywhere within the boundaries of your local calling area as frequently as you like for one simple monthly price, based on the package of services you purchase from Time Warner Cable. Information regarding current rates, offers and local calling area information is available at http://www.timewarnercable.com. Additional charges apply for taxes, fees, international calling, directory assistance and operator services calls. Digital Home Phone Unlimited Local may be used to make calls using other long distance providers, calling cards and dial around (10-10-) services.

- International OnePrice™ Calling allows you to call more than 100 countries for an additional flat monthly fee. The International OnePrice™ Calling Plan is available to residential customers subscribing to any Digital Home Phone Calling plan identified above and applies only to calls terminating on landline phones and to calls terminating on cell phones based in the following countries: China, Hong King, India, Macau, Paraguay and Thailand. A current list of countries included in the International OnePrice™ Calling Plan is available at http://www.timewarnercable.com. Calls to other locations will incur charges at current Time Warner Cable rates, which can be found at http://www.timewarnercable.com. Calls to satellite phones, special services numbers, including international toll-free and caller-paid services (900 numbers), calls to chat lines and calls to cell phones are not included and will incur additional per-minute charges. Current rates and offers are available at http://www.timewarnercable.com. Additional charges apply for taxes, fees, directory assistance and operator services calls. Three-way calling and call forwarding features cannot be used with the International OnePrice™ Calling Plan. The International OnePrice™ Calling Plan provides up to 1,000 minutes of calling time per month, based upon your monthly Time Warner Cable billing cycle. TWC reserves the right to monitor usage for possible abuse of service.

- Seasonal Service allows you to temporarily suspend Digital Home Phone service without losing your telephone number or access to 911 and voicemail. When you have Seasonal Service, you cannot make any outbound calls, except calls to 911 or to Time Warner Cable service, and all inbound callers will be sent to your voicemail, if active, or hear a busy signal. To activate Seasonal Service, you must be a current Digital Home Phone service subscriber. You must also identify the date that Seasonal Service should become active and the date when your Digital Home Phone service should be restored. Seasonal Service may be activated up to two times per year, and, when activated, Seasonal Service must remain in place for a minimum of two months and a maximum of six months. Seasonal Service may not be activated for more than six months per year. When activating Seasonal Service, you account balance must be current and you must provide a temporary billing address, pay your bill in advance for the period during which Seasonal Service will be active, or sign up for automatic payment. If you have more than one Digital Home Phone line, you must activate Seasonal Service on all lines at the same time. You may not change your directory listing selection or activate or deactivate voicemail while Seasonal Service is active. Please note that Seasonal Service will not support alarm or home monitoring systems, as outbound calling capability will be suspended while Seasonal Service is active. Current rates and offers are available at http://www.timewarnercable.com.

Your Digital Home Phone charges will appear as a series of line items on your Time Warner Cable bill. You may view details of your outbound international, directory assistance and operator service calls and charges at any time by logging in to the Time Warner Cable secure web site, which you may access by clicking on "MyServices"

at http://www.timewarnercable.com. Also, you may request a mailed copy of your recent outbound calling details by contacting your local Customer Service office. Customer Service contact information is available online at http://www.timewarnercable.com or you may call Customer Service by dialing *611 from your Digital Home Phone. If you are an International OnePrice™ Calling Plan subscriber, calls to countries included in the International OnePrice™ Calling Plan the be identified but charges will only appear for calls that are not included in the plan or exceed the monthly calling limit..

Except for calls made under the International OnePrice™ Calling Plan, all calls to international locations will be billed on a per-minute basis. Current rates for calls to all locations outside the United States, Canada, Mexico, the Caribbean and U.S. Territories can be found at http://www.timewarnercable.com. Charges for directory assistance, operator services, voicemail, unpublished listings and seasonal service plans ("Additional Charge Services") are not included in Digital Home Phone Calling Plans and will be billed separately, based on usage. Additional information about Digital Home Phone Calling Plans, rates and additional charge services may be found at http://www.timewarnercable.com.

Digital Home Phone is compatible with most home monitoring and security systems. Time Warner Cable does not install, support or service third party monitored security systems. If you plan to use Digital Home Phone with your home monitoring and security system, you must contact your service provider in order to test the compatibility of the service with Digital Home Phone. Time Warner Cable will not be responsible for the cost of conducting any tests or configuring your monitoring or security system.

### Emergency 911 Access
Our Digital Home Phone service cable modem is electrically powered, and Digital Home Phone service, including access to emergency 9-1-1 and home security services, may not operate in the event of an electrical power outage. If a power outage occurs in your home and if your cable modem is equipped with a battery, it may enable back-up service for a limited period of time or not at all, depending on the circumstances. If your local TWC system loses power or experiences other service issues, the battery in your cable modem, if any, will not provide back-up service and Digital Home Phone will not be available. You may not move your Digital Home Phone voice-enabled modem to a new address. If you do so, Enhanced 9-1-1 services will not operate properly as emergency operators will be unable to accurately identify your location in an emergency. If you would like to establish service at a new address you must call Time Warner Cable.

### National Do Not Call List
If you would like to add or remove your number from the National Do Not Call List, you may do so by calling 1-888-382-1222 or online at www.donotcall.gov.

## Specific Provisions Regarding Video Services

### Products, Services and Pricing
Time Warner Cable provides customers with a wide selection of programming choices. All customers must subscribe to Basic service to access other programming choices, including tiers of service and services offered on a per program or per channel basis. A complete list of programming choices, together with prices and terms and conditions for subscription are available in the pamphlet provided to you upon subscription to our service, upon request, or on-line at http://www.timewarnercable.com.

### Instructions on How to Use Your Cable Service
Instructions on how to use your cable service are outlined in our Connections Kit, which may be provided to you when your services are installed. This information is also available by request from your local Time Warner Cable office or on-line at http://www.timewarnercable.com

### Pricing and Service Changes
Unless otherwise provided by applicable law, Time Warner Cable will notify you 30 days in advance of any price or service change. Notice of these changes may be provided on your monthly bill, as a bill insert, as a separate mailing, in the Legal Notice section of the newspaper, on the cable system channel(s) or through other written means.

### Complaint Procedures
If you have a complaint about your service, billing, or terms and conditions of service, you may call us directly using the Time Warner Cable toll free number provided on your monthly bill. In addition, where applicable, we have identified on your monthly bill the franchising authority that you may contact should we fail to resolve your complaint.

### Maintenance
Our technicians must periodically test and occasionally repair our cable equipment throughout the cable system. Cable repair may cause a temporary loss of cable service to an entire neighborhood known as a "maintenance outage." If your cable is not working properly, contact Customer Service. If a maintenance outage is affecting your area, you will be informed when you call. If the problem is not being caused by maintenance, we will determine the source of the problem and will restore your service as quickly as possible.

### Service & Installation
Installation and service call appointments are scheduled in advance. If we cannot meet a scheduled commitment, we will attempt to notify you and reschedule the appointment for a convenient time.

### Service Interruptions
Time Warner Cable maintains a high standard of technical operations within our cable systems and responds promptly to most service interruptions. On occasion, service interruptions may arise due to unforeseen problems such as power outages, electrical storms, severe weather conditions, equipment failures, auto accidents involving utility poles, and in some cases, loss of signal at the origination point of the
program. In addition, twice a year our satellite reception is disrupted by activity from the sun. This disturbance, which affects most cable and satellite companies within the United States, occurs at the end of February and again in October, due to direct alignment of the sun with our satellite and our earth stations. Unless otherwise provided by applicable law, if you experience a verifiable service outage of more than two hours and notify us in a timely manner, we'll credit your account for such loss of service.

### Sports Blackouts
Professional sporting events, both local and national, may be subject to blackouts per the league's broadcast rules. Due to these blackouts, not all programming and services will be available in all areas and programming may be subject to change.

### Cable Service Theft
Unauthorized cable hookups are a violation of the Residential Services Subscription Agreement. Tampering with or altering a cable system or converter to receive unauthorized services is a Federal crime punishable by fines and/or imprisonment. We have the technology necessary to detect unauthorized hookups, and we conduct periodic system checks.

**Consumer Guide to Cable and Home Entertainment Equipment**
With cable TV connected to your home entertainment system, you enjoy the best choice, convenience and value. Extra steps may be required for cable TV to work effectively with various equipment. This guide provides information about when cable TV is compatible with your equipment and when it may not be, as well as other information on how to use your cable service. If you don't find your particular situation described in this guide, please call us or visit our website. (You'll find our phone number on the accompanying billing statement.) We'll work with you to determine the cable setup and equipment appropriate for your needs.

Time Warner Cable provides video in both analog and digital formats. Some of our video services are scrambled (analog) or encrypted (digital) and require equipment from us to view, while others are made available "in the clear" and therefore can be viewed on direct-connect TVs and other devices. In order to view a given programming offering, you must (1) subscribe to the appropriate package or tier, and (2) have the necessary equipment, as described below.

*Analog "In The Clear" Video*
Analog "in the clear" video can be viewed on most TVs without additional equipment. However, some older TVs and other consumer electronics devices directly connected to the cable TV system cannot tune to all of the in-the-clear analog channels we provide. For example, older analog TV sets with mechanical tuners typically cannot receive any broadcast stations or other channels we offer that are carried on channel positions other than VHF 2 through 13. Channel positions are indicated on the channel line-ups periodically provided to subscribers and available on the Time Warner Cable website. Even if you have a TV, VCR or DVR advertised as "cable ready," it still may not be able to receive all of the channels we provide, or be able to tune in all cable channels without some interference.

If any of these situations applies to your equipment, you will need an extended tuner called a converter to enable you to tune in all of the unscrambled analog channels to which you subscribe. Converters are available for a nominal fee from our company or may be purchased from a retail store (where available).

To help ease the confusion about whether a TV, VCR or DVR is really "cable-ready," the Federal Communications Commission does not allow TVs, VCRs and DVRs manufactured or imported for sale in the United States after October 31, 1994 to be marketed as "cable-ready" or "cable compatible" unless they meet certain channel tuning and other performance standards.

*Digital "In The Clear" Video*
Much of the digital video that we provide is encrypted and therefore only can be viewed using digital cable ready equipment, such as a digital cable set-top box or a CableCARD-equipped Unidirectional Digital Cable Product ("UDCP"). See below for additional details. However, digital services provided as part of the Basic Service Tier, including local broadcast television stations' standard definition ("SD") and high definition ("HD") signals, are transmitted in the clear. As a result, they may be viewed using digital TVs and other devices that include a QAM tuner (also known as "ClearQAM" devices) directly connected to the cable TV system. Please refer to the manual for your digital TV or other television reception device to determine whether it includes a QAM tuner and, if so, how to utilize your device to access the in-the-clear digital services to which you subscribe.

PLEASE NOTE: Occasionally it is necessary for us to make adjustments to the way that the programming services we carry are organized on our physical plant. For customers with digital cable set-top boxes, this is a seamless process. However, a customer using a ClearQAM device connected directly to our cable TV service may not be able to continue viewing certain in-the-clear channels until he or she accesses the settings menu on their device and performs a new channel scan; in this event, you would not need to obtain any additional equipment. Each ClearQAM device is unique, and the procedure for performing a channel scan is specific to that device. Therefore, we unfortunately cannot provide you with step-by-step instructions. However, if you lose access to certain services on a ClearQAM device or cannot access all of the in-the-clear services to which you subscribe, we recommend that you consult the manual that came with your ClearQAM device or contact the manufacturer directly.

*Scrambled Video*
In addition, because we scramble certain channels we offer (both analog and digital), you will need a descrambler if you want to receive scrambled channels regardless of whether your TV, VCR or DVR is capable of receiving all of our unscrambled channels or is "cable ready." For instance, because all customers do not subscribe to every programming service offered, we may use scrambling technology to deliver a secure signal to authorized homes. Scrambling is a method of technically altering a signal to render it unviewable on a customer's TV or other equipment without an authorized descrambler.

The number of scrambled channels and service levels vary among different cable systems. However, all Pay-Per-View and Video-on-Demand, and most digital programming (other than digital broadcast signals) will require a descrambler. With a descrambler, customers may then choose from several different service options and often can change packages without the need for a home appointment.

Descramblers are available for a fee from our company, and will consist of either a converter box with a built-in descrambler or a converter box that comes with a separate descrambler module called a CableCARD that that plugs into the box. You also may purchase a CableCARD-ready UDCP at certain retail outlets, but to descramble services you will need to lease a CableCARD from Time Warner Cable. You can purchase and use any UDCP with a Time Warner Cable-provided CableCARD to access our one-way cable TV offerings.

The availability of CableCARD-compatible equipment from third parties is outside our control. Moreover, due to device limitations, UDCPs cannot access our "two-way" cable services, such as the electronic program guide, Pay-Per-View, Video on Demand, StartOver™ (where available) or switched digital video ("SDV") services. Customers will be able to access these two-way services using descrambler equipment available from Time Warner Cable.

Please note that we are the only authorized provider of any CableCARD or other type of descrambler used to receive our services. You should be aware that the use of any descrambler on our cable system obtained from a third party and not authorized by us is illegal and is subject to criminal prosecution pursuant to 47 U.S.C. § 553. If you have any questions relating to the need for separate descrambler and converter devices, please call us for additional information.

In addition, in the event that you require a converter or descrambler for service, some features on your TV, VCR or DVR may be limited. For example, without special additional equipment, you may not be able to use picture-in-picture, channel review and display features. You may not be able to record one program while viewing another or record consecutive programs on different channels. We can provide you with special equipment you may need to better enable utilization of these features. Except in the case of descramblers, this equipment may also be purchased from local retail outlets. If such equipment is purchased or leased from us, a custom installation fee and/or a monthly equipment rental fee may apply. In addition, if you can see images or hear sound from scrambled channels that you do not subscribe to, you may request those channels be blocked. Please call us for details.

*Switched Digital Video ("SDV") and the Tuning Adapter*
You should be aware that we intend to continue to expand our deployment of SDV two-way technology. SDV

allows us to use bandwidth more efficiently by delivering certain channels only on an as-needed basis. As a result, SDV enables us to increase the number of high-definition channels and other programming services we offer. As indicated above, channels that are delivered using SDV cannot be accessed on one-way CableCARD-compatible devices available at retail, but can be received through equipment available from Time Warner Cable. Also, as we continue to deploy Tru2way technology in our cable systems and as devices incorporating Tru2way technology become available at retail, customers also will be able to access our two-way services using such devices.

In addition, Time Warner Cable has worked with the rest of the cable industry and TiVo Inc. to develop an external device called the Tuning Adapter. The Tuning Adapter is designed to work in conjunction with compatible UDCPs (such as HD TiVo and Moxi HD digital video recorders ("DVRs") and certain Media Center PCs connected to CableCARD-equipped Digital Cable Tuners (also known as OCURs) and running the Microsoft Windows 7 operating system) to allow you to receive programming delivered using SDV technology, but not our other interactive features (such as the Electronic Programming Guide, Video On Demand, and other two-way services that, by design, your UDCP cannot access) while you continue to enjoy all the features of your DVR. For more information, please visit http://www.timewarnercable.com/tuningadapter.

*Special Equipment*
In cases where you require a converter and/or a descrambler, special equipment is available to make your cable service more compatible with your existing home electronics equipment. Installation and equipment charges may apply.

Bypass switches - If you would like to receive the portion of your one-way cable lineup which is unscrambled directly from your television rather than through the converter, a "bypass switch" feature is available. A bypass switch will allow for the simultaneous recording and viewing of different programs, the consecutive recording of programming on different channels, and the use of picture-in-picture displays in most cases where at least one of the channels is not scrambled. Depending on availability, the switch may be part of your converter or descrambler, or it may be a separate device.

Parental lockout devices - If you find any of the channels included in the service levels you have requested to be objectionable, you can arrange for the installation of a device, or program a device you may already have, to restrict the viewability of such channels.

Custom setups - If you would like to receive two scrambled signals at the same time (for example, so that you can watch one channel while recording another) it may be necessary to install different equipment or even two descramblers on one TV or DVR.

We're committed to helping you get the most out of your cable television service. Please feel free to contact us so that we may discuss the cable setup and equipment appropriate for your needs. Please also let us know if you are experiencing equipment compatibility problems and we will work to find the best solution for you. As new technologies and services become available, additional equipment compatibility problems may arise that may require other special equipment or solutions.

*Compatible Remote Controls*
We use converters or descramblers that work in conjunction with some universal remote controls available for purchase at retail stores. These universal remotes may be used in place of the ones we provide at a nominal monthly fee. The following is a representative list of compatible universal remote controls currently available from retail stores.

| BRAND | MODEL | |
|---|---|---|
| Logitech Harmony | 880 | 966208-0403 |
| | H659 | 966193-0403 |
| | 915-000002 | 966230-0403 |
| | 966187-0403 | 9662300-0403 |
| | 890 | |
| Master Remote Control | RFS100 | RSF200 |
| One For All | URC-8820 | URC-6131N |
| Phillips | PH301S | PM435S |
| RCA | RCU310 | RCU300TMS |
| | RCR450 | RCR460 |
| | D770 | RCR860 |
| | RCR660 | RCR412C |
| | RCR612 | |
| Sony | RMVL600 | RMV310 |
| | RMV202 | RMAX1400 |
| Universal Remote | R5G | R7G |
| | FX1 | URC-R76 |
| | URC-R5G | URCRF10 |
| | URCRF20 | |
| Zenith | ZEN760 | ZN5DSS |

Although every effort has been made to provide you with a complete and accurate list of universal remote controls, other remotes might be available that will work with your home electronics equipment. Should you have a question about the compatibility of a remote control, please call us.

*Please Note...*
Although these remote controls are compatible with the converters, descramblers or other equipment we currently offer, they may not be functional should equipment technology change.

© 2010-2012 Time Warner Cable Inc. All rights reserved.