

50 Harrison Street, Suite 315
Hoboken, New Jersey 07030
Tel: 201.792.7777
Fax: 201.792.7771

www.CSLawLLC.com

5 Penn Plaza, 19th Floor
New York, New York 10001
Tel: 212.849.6811
Fax: 212.849.6901

**Philip C. Chronakis**
ADMITTED IN NJ, NY, AND PA
Phil@CSLawLLC.com

March 13, 2012

**BY ECF**

Hon. William T. Walsh
Clerk, United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Hoffman v. Time Warner Cable, Inc.*
            Case No. 2:12-cv-00978-ES-CLW

Dear Sir,

This firm is co-counsel to Plaintiff, Harold Hoffman, individually and on behalf of individuals similarly situated, in the referenced class action. Pursuant to L.Civ.R. 7.1(d)(5), Plaintiff respectfully invokes his right to an automatic extension and adjournment of the return date of Defendant's pending motion to dismiss.

The new motion day would be April 16, 2012, which is the next available motion day following Defendant's originally-noticed motion date of April 2, 2012. This request has been filed prior to the date on which Plaintiff's opposition papers would otherwise be due under L.Civ.R. 7.1 (d)(2).

Thank you for your consideration.

                                            Respectfully submitted,

                                            *s/ Philip C. Chronakis*

                                            PHILIP C. CHRONAKIS

cc:    Harold Hoffman, Esq.
        William E. Goydan, Esq.