Wolff & Samson PC
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500
Attorneys for Defendant Time Warner Cable Inc.

| | |
|---|---|
| HAROLD M. HOFFMAN, individually and on behalf of those similarly situated,<br><br>                               Plaintiff,<br><br>- *against* -<br><br>TIME WARNER CABLE INC.,<br><br>                               Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action: 2:12-cv-00978-ES-CLW<br><br>**STIPULATION AND PROPOSED SCHEDULING ORDER**<br><br>DOCUMENT ELECTRONICALLY FILED |

      It is hereby stipulated and agreed by and between counsel for plaintiff Harold M. Hoffman ("Hoffman") and counsel for defendant Time Warner Cable Inc. ("Time Warner Cable"), subject to the approval of the Court, as follows:

      1.     The time for Time Warner Cable to move or answer in response to the Amended Complaint is extended to April 13, 2012.

      2.     In the event that Time Warner Cable, in response to the Amended Complaint, files a motion to dismiss, Hoffman's opposing papers are due on or before May 11, 2012, and Time Warner Cable's reply papers are due on or before May 25, 2012.

      3.     Based on the schedule set forth in paragraphs 1 and 2 above relating to the Amended Complaint, Time Warner withdraws without prejudice the pending motion to dismiss the Original Complaint filed on March 9, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/     William E. Goydan | /s/     Philip C. Chronakis |
| WILLIAM E. GOYDAN | PHILIP C. CHRONAKIS |
| Wolff & Samson PC | Chronakis Siachos, LLC |
| One Boland Drive | 50 Harrison Street |
| West Orange, New Jersey 07052 | Suite 315 |
| 973-530-2022 | Hoboken, New Jersey 07030 |
| *Attorneys for Defendant* | 201-792-7777 |
| Dated:  March 19, 2012 | *Attorneys for Plaintiff* |
| | Dated:  March 19, 2012 |

It is **SO ORDERED.**                                        BY THE COURT:


Dated:  _____            _____
                                                                    Hon. Esther Salas, U.S.D.J.