# WOLFF ▪ SAMSON

| | | COUNSEL | OF COUNSEL | ELIZABETH C. YOO* | **WILLIAM E. GOYDAN** |
|---|---|---|---|---|---|
| DAVID SAMSON | JAMES D. FERRUCCI | ──────── | ──────── | PETER D. SIMON | One Boland Drive |
| ARTHUR S. GOLDSTEIN* | JOHN A. McKINNEY JR. | AARON D. BASSAN | CARL B. LEVY | PATRICIA D. CLEARY* | West Orange, NJ  07052 |
| ARMEN SHAHINIAN* | DARRYL WEISSMAN* | JOSEPH ZAWILA | | MAURO G. TUCCI JR.* | (973) 530-2022 |
| THOMAS R. O'BRIEN* | MICHELLE A. SCHAAP | HOWARD K. UNIMAN | ASSOCIATES | ROHINI C. GANDHI* | Fax: (973) 530-2222 |
| GAGE ANDRETTA* | ADAM P. FRIEDMAN* | STEVEN S. KATZ* | ──────── | ARI S. DAVIS* | wgoydan@wolffsamson.com |
| DANIEL A. SCHWARTZ* | MITCHELL S. BERKEY* | JUNE S. MELLER* | JONATHAN A. TYLER^Δ | MICHAEL R. CARUSO* | |
| KAREN L. GILMAN | CATHERINE P. WELLS | ANDREW S. KENT* | MYRNA BLUME | WILLIAM J. CANNICI JR.* | |
| KENNETH N. LAPTOOK* | JONATHAN BONDY* | ERIC J. LEVINE* | WILLIAM R. FINIZIO | LAUREN R. DEMAURO | |
| FREDRIC P. LAVINTHAL | SEAN M. AYLWARD | JOSEPH MONAGHAN | ANDREW A. NOBLE^Δ | CRISTINA MARTINEZ* | |
| DAVID M. HYMAN* | JOHN G. VALERI JR. | STEPHEN G. CORDARO* | MARK A. FORAND* | LINDSAY A. SMITH | |
| DAVID L. SCHLOSSBERG | ROBERT H. CRESPI* | WARREN BARROWS* | DENISE J. PIPERSBURGH* | JOSEPH G. FENSKE^Δ | |
| ROGER J. BREENE | JAMES P. RHATICAN* | DONNA M. EREM | DANIEL T. McKILLOP | MARISA A. RAUCHWAY* | |
| DAVID N. RAVIN* | JUNIE HAHN* | LEE D. HENIG-ELONA* | FARAH N. ANSARI* | KEITH E. MORRIS* | |
| BERNARD S. DAVIS | JOSEPH TRIPODI* | JOHN P. MALONEY* | ELISA M. PAGANO | MICHAEL D. FLEISCHMAN* | |
| HOWARD J. SCHWARTZ* | JILL D. ROSENBERG* | MARC R. LEPELSTAT* | RACHEL C. SANTARLAS*Δ | MICHAEL G. GORDON* | |
| PAUL M. COLWELL | JOHN O. LUKANSKI* | BRUCE D. ETTMAN* | STEVEN M. DIPASQUO^Δ | BRIELLE M. PERELLI | |
| ROBERT E. NIES | ROXANNA E. HAMMETT | TODD W. TERHUNE | XAVIER M. BAILLIARD* | CELINE L. BARAKAT* | |
| MORRIS BIENENFELD* | BARBARA B. MANAHAN | CARLOS G. MANALANSAN* | MARIE L. MATHEWS* | SCOTT C. HOLLANDER* | |
| DENNIS M. TOFT | RONALD L. ISRAEL* | DANIEL D. BARNES* | MELISSA A. SALIMBENE* | SCOTT W. LICHTENSTEIN* | |
| JEFFREY M. GUSSOFF* | RHONDA CARNIOL* | DIANA L. BUONGIORNO | ERIC YUN* | KELLY McDONOUGH* | |
| LAURENCE M. SMITH | ADAM B. CANTOR* | CHRISTOPHER R. PALDINO | NANCY A. DEL PIZZO* | MELISSA A. BROWN | |
| WILLIAM E. GOYDAN* | MARGARET WOOD* | JOSHUA M. LEE | DARREN GRZYB | RYAN W. FEDERER* | |
| PETER E. NUSSBAUM | DORIT F. KRESSEL* | DAVID M. DUGAN* | BETH J. ROTENBERG* | MINDY P. FOX* | |
| LORI GRIFA* | THOMAS J. TRAUTNER JR. | | BRIAN KANTAR* | BRIAN P. O'NEILL* | |
| ADAM K. DERMAN | ROBERT L. HORNBY* | | JAMES M. VAN SPLINTER* | | |
| JEFFREY M. WEINICK*Δ | STEPHEN A. KISKER* | | CHRISTOPHER W. GEROLD* | PATENT AGENT | |
| A. ROSS PEARLSON* | TRICIA M. GASPARINE | | CHRISTOPHER DEFILIPPIS* | ──────── | |
| MICHAEL J. NAUGHTON* | NICOLE F. DIMARIA | | RAJESH V. FOTEDAR*Δ | BRYMER H. CHIN | |
| GEORGE A. SPADORO* | KIRAN V. SOMASHEKARA* | | | KINZA HECHT | |
| JOHN F. CASEY | | | | | |

\* MEMBER NJ AND NY BARS
^ MEMBER NY BAR ONLY
• MEMBER MA BAR ONLY
Δ REGISTERED PATENT ATTORNEY

March 23, 2012

***Via Electronic Case Filing***
The Honorable Esther Salas, U.S.D.J.
Martin Luther King, Jr. Federal Building
50 Walnut Street
Room 5A
Newark, New Jersey 07101

Re:  **Hoffman v. Time Warner Cable Inc.
2:12-cv-00978-ES-CLW**

Dear Judge Salas:

We represent defendant Time Warner Cable Inc. in the above-referenced matter. Pursuant to the e-mail from your law clerk Ari Fontecchio dated March 20, 2012, and my phone call with your other law clerk Justin Quinn on March 21, 2012, please accept this letter as our request to withdraw our pending Motion to Dismiss (D.E. 6) filed March 9, 2012.

We are withdrawing this Motion to Dismiss in light of Plaintiff's filing an Amended Complaint (D.E. 7). Our withdrawal of the above-mentioned Motion to Dismiss renders Mr. Chronakis's request for an automatic extension of the return date of said motion (D.E. 8 and D.E. 10) moot, and as such, he has agreed to withdraw that request.

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ  07052 ▪ (973) 325-1500 ▪ Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY  10005 ▪ (212) 973-0572
128 West State Street, Suite 3, Trenton, NJ  08608 ▪ (609) 396-6645

www.wolffsamson.com

3202145.1

**WOLFF · SAMSON**

March 23, 2012
Page 2

      If you have any questions, please feel free to contact the undersigned.

                Respectfully submitted,

                /s/     William E. Goydan
                      William E. Goydan

CC:   Phil Chronakis, Esq. (via ECF)
        Harold Hoffman, Esq. (via ECF)

3202145.1