Wolff & Samson PC
One Boland Drive
West Orange, New Jersey  07052
(973) 325-1500

Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005
(212) 701-3000

Attorneys for Defendant Time Warner Cable Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD M. HOFFMAN, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>TIME WARNER CABLE INC.,<br><br>Defendant. | Civil Action: 2:12-cv-00978-ES-CLW<br><br>**DECLARATION OF<br>MICHAEL W. QUINN** |

I, Michael W. Quinn, declare as follows:

1. I am an employee of Time Warner Cable Inc. ("TWC"), and serve as Vice President and Assistant Chief Counsel, Litigation.  This declaration is based on my personal knowledge, and if called as a witness, I am competent to testify as to the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the current Time Warner Cable Residential Services Subscriber Agreement (the "Subscriber Agreement"), which was in effect for TWC subscribers in New Jersey on December 31, 2011 through February 18,

2012. A copy of the Subscriber Agreement is provided on TWC's website and is available at http://www.timewarnercable.com/nynj/about/policies/regulatoryntoices/subscriberagreement/.

3. Attached hereto as Exhibit B is a true and correct copy of the current Time Warner Cable Terms of Service (the "Terms of Service"), which was in effect for TWC subscribers in New Jersey on December 31, 2011 through February 18, 2012. A copy of the Terms of Service is provided on TWC's website and is available online at http://help.twcable.com/html/twc_terms_service.html.

4. Attached hereto as Exhibit C are true and correct copies of a notice regarding changes to TWC's programming published in the Bergen Record on September 16, 2011, September 29, 2011, October 7, 2011, October 21, 2011, November 4, 2011, November 18, 2011, December 2, 2012, and December 16, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the 13th day of April 2012 at McLean, Virginia.

_Michael W. Quinn_
Michael W. Quinn