**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHY L. WALDOR**<br>**UNITED STATES MAGISTRATE JUDGE** | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>NEWARK, NJ 07101<br>973-776-7862 |

April 23, 2012

## LETTER ORDER

Re:  Harold M. Hoffman, et al. v. Time Warner Cable, Inc.
     Civil Action No. 2:12-cv-978 (ES-CLW)

Dear Counsel:

Pursuant to the April 23, 2012 Preliminary Scheduling Conference, the court will hold a Telephone Conference on **June 6, 2012 at 11:00 A.M.**  Counsel for defendant shall initiate the call to chambers at the appropriate time.  Any questions or concerns may be directed to chambers via regular mail, phone (973-776-7862), or fax (973-776-7865).

SO ORDERED.

*s/Cathy L. Waldor*
**Cathy L. Waldor, U.S.M.J.**