# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

CHRONAKIS SIACHOS, LLC
50 Harrison Street, Suite 315
Hoboken, NJ 07030
(201) 792-7777
e-mail: Phil@CSLawLLC.com
*Attorneys for Plaintiff*

---

HAROLD M. HOFFMAN, individually and : 
on behalf of those similarly situated, :
                           Plaintiff, :    Civil Action No. 12-cv-978(ES)(CLW)

vs. :

TIME WARNER CABLE INC., :    **STIPULATION AND PROPOSED SCHEDULING ORDER**
                           Defendant. :    Document Electronically Filed

---

It is hereby stipulated and agreed by and between counsel for plaintiff Harold M. Hoffman ("Hoffman") and counsel for defendant Time Warner Cable Inc. ("TWC"), subject to the approval of the Court, as follows:

1. The time for Hoffman to file and serve his opposition brief to TWC's Motion to Dismiss is extended to May 18, 2012.

2. The time for TWC to file and serve its reply papers in further support of its Motion to Dismiss is extended to June 8, 2012.

3. The return date for TWC's Motion to Dismiss is extended to June 18, 2012.

4. The instant Order is without prejudice to the parties' respective positions in the pending application before the Court for a stay of discovery.

Respectfully submitted,

| | |
|---|---|
| s/ William E .Goydan | s/ Philip C. Chronakis |
| WILLIAM E. GOYDAN | PHILIP C. CHRONAKIS |
| Wolff & Samson PC | Chronakis Siachos, LLC |
| One Boland Drive | 50 Harrison Street – Suite 315 |
| West Orange, New Jersey 07052 | Hoboken, New Jersey 07030 |
| 973-530-2022 | 201-792-7777 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| Dated: May 11, 2012 | Dated: May 10, 2012 |

It is **SO ORDERED.**

Dated: 5/14/12

BY THE COURT:

*[signature]*

Hon. Esther Salas, U.S.D.J.

*Stipulation and proposed discovery order: SO ORDERED*

*Application for stay of discovery: DENIED*