# WOLFF ⁂ SAMSON

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
THOMAS R. O'BRIEN*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
DAVID N. RAVIN*
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
JEFFREY M. GUSSOFF*
LAURENCE M. SMITH
WILLIAM E. GOYDAN*
PETER E. NUSSBAUM
LORI GRIFA*
ADAM K. DERMAN
JEFFREY M. WEINICK^
A. ROSS PEARLSON*
MICHAEL J NAUGHTON*
GEORGE A. SPADORO'

JOHN F. CASEY
JAMES D. FERRUCCI
JOHN A. MCKINNEY JR.
DARRYL WEISSMAN*
MICHELLE A. SCHAAP
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY*
SEAN D. AYLWARD
JOHN G. VALERI JR.
ROBERT H. CRESPI*
JAMES P. RHATICAN*
JUNE HAHN*
JOSEPH TRIPODI*
JILL D. ROSENBERG*
JOHN O. LUKANSKI
ROXANNA E. HAMMETT
RONALD L. ISRAEL*
RHONDA CARNIOL*
ADAM B. CANTOR*
MARGARET WOOD*
DORIT F. KRESSEL*
THOMAS J. TRAUTNER JR.
ROBERT L. HORNBY*
STEPHEN A. KISKER*
TRICIA N. GASPARINE
NICOLE F. DIMARIA
KIRAN V. SOMASHEKARA*

COUNSEL

AARON D. BASSAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ*
JUNE B. MELLER*
ANDREW S. KENT*
ERIC J. LEVINE*
STEPHEN G. CORDARO'
WARREN BARROWS*
DONNA M. BREM
LEE D. HENIG-ELONA'
JOHN P. MALONEY'
MARC R. LEPELSTAT*
BRUCE D. ETTMAN*
TODD W. TERHUNE
CARLOS G. MANALANSAN*
DANIEL D. BARNES*
DIANA L. BUONGIORNO
CHRISTOPHER R. PALDINO
JOSHUA M. LEE
DAVID M. DUGAN*

OF COUNSEL

CARL B. LEVY

ASSOCIATES

JONATHAN A. TYLER^
MYRNA BLUME
WILLIAM R. FINZIO
ANDREW A. NOBLE^
MARK A. PORAND*
DENISE J. PIPERSBURGH*
DANIEL T. McKILLOP
FARAHN ANSARI
ELISA M. PAGANO
RACHEL C. SANTARLAS^
STEVEN M. DIFASQUO^
XAVIER M. BAILLIARD*
MARIE L. MATHEWS*
MELISSA A. SALIMBENE'
NANCY A. DEL PIZZO'
DARREN GRZYB
BETH J. ROTENBERG'
BRIAN KANTAR*
JAMES M. VAN SPLINTER*
CHRISTOPHER W. GEROLD*
CHRISTOPHER DEFILIPPIS*
RAJESH V. FOTEDAR^
ELIZABETH C YOO'

PETER D. SIMON
PATRICIA D. CLEARY'
MAURO G. TUCCI JR.'
ROHINI C. GANDHI*
ARI S. DAVIS*
MICHAEL R. CARUSO*
WILLIAM J. CANNICI JR.'
LAUREN R. DEMAURO
CRISTINA MARTINEZ*
LINDSAY A. SMITH*
JOSEPH G. FENSKE*
MARISA A. RAUCHWAY*
KEITH B. MORRIS*
MICHAEL O. GORDON*
BRIELLE M. PERELLI
CELINE L. BARAKAT*
SCOTT C. HOLLANDER*
SCOTT W. LICHTENSTEIN*
KELLY McDONOUGH*
MELISSA A. BROWN
RYAN W. FEDERER*
MINDY P. FOX*
BRIAN P. O'NEILL'
OLEG A. MESTECHKIN^

PATENT AGENT

BRYMER H. CHIN
KINZA HECHT

**WILLIAM E. GOYDAN**
One Boland Drive
West Orange, NJ 07052
(973) 530-2022
Fax: (973) 530-2222
wgoydan@wolffsamson.com

* MEMBER NJ AND NY BARS
^ MEMBER NY BAR ONLY
" MEMBER MA BAR ONLY
▲ REGISTERED PATENT ATTORNEY

June 11, 2012

**Via Facsimile**
The Honorable Cathy L. Waldor, U.S.M.J.
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 4C
Newark, New Jersey 07101

*[handwritten: SO ORDERED / Cathy Waldor / USMJ / 6/13/12]*

    Re:    **Hoffman v. Time Warner Cable Inc.**
             **2:12-cv-00978-ES-CLW**

Dear Judge Waldor:

    This firm represents defendant Time Warner Cable Inc. ("TWC") in the above matter. Per your request, this letter summarizes the schedule for class discovery proposed by the parties during the June 6, 2012 telephone conference with the Court.

    The parties have agreed that written discovery relating to class issues will be served by each party by Friday, June 29, 2012. The parties will respond to the written discovery in accordance with the Federal Rules of Civil Procedure. If any issue arises regarding written class discovery, the parties will attempt to resolve their disagreement and, if unable to do so, will contact the court to resolve the issue. The parties will then proceed with depositions relating to class issues and conclude class discovery by Friday, October 12, 2012. The parties will then initiate a conference call with Your Honor on Wednesday, October 17, 2012, at 11:30 AM.

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ 07052 • (973) 325-1500 • Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY 10005 • (212) 973-0572
128 West State Street, Suite 3, Trenton, NJ 08608 • (609) 396-6645

www.wolffsamson.com

3320703.1