50 Harrison Street, Suite 315
Hoboken, New Jersey 07030
Tel: 201.792.7777
Fax: 201.792.7771



www.CSLawLLC.com

5 Penn Plaza, 19th Floor
New York, New York 10001
Tel: 212.849.6811
Fax: 212.849.6901

**Philip C. Chronakis**
ADMITTED IN NJ, NY, AND PA
Phil@CSLawLLC.com

October 1, 2012

<u>Via ECF</u>

Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

    Re:   <u>*Hoffman v. Time Warner Cable, Inc.*</u>
             <u>Civil Action No. 12-cv-978 (ES)(CLW)</u>

Dear Judge Waldor:

    This firm represents Plaintiff, Harold M. Hoffman, in the referenced action.

    I write to respectfully request a 90-day extension of the discovery order entered by Your Honor on June 13, 2012. I conferred with counsel for Time Warner Cable prior to making this application, and am pleased to report that Defendant does not oppose Plaintiff's request. I am most appreciative of counsel's professional courtesy.

    If granted, this application would extend the conclusion of both parties' class discovery for 90 days from the existing October 12, 2012 deadline, and would replace the scheduled November 5, 2012 conference call with the Court for one on a new date to be determined by Your Honor.

    Thank you for your consideration.

                                        Respectfully submitted,

                                        PHILIP C. CHRONAKIS

cc:   Jonathan D. Thier, Esq.
       Brian T. Markley, Esq.
       John A. Eakins, Esq.
       William E. Goydan, Esq.
       Mindy P. Fox, Esq.