

50 Harrison Street, Suite 315  
Hoboken, New Jersey 07030  
Tel: 201.792.7777  
Fax: 201.792.7771  

260 Madison Avenue, 18th Floor  
New York, New York 10016  
Tel: 212.953.0000  
Fax: 646.964.6646  

www.CSKaplan.com

**Philip C. Chronakis**  
ADMITTED IN NJ, NY AND PA  
Phil@CSKaplan.com

April 4, 2013

<u>**Via ECF**</u>

Hon. Steven C. Mannion, U.S.M.J.  
United States District Court  
Martin Luther King, Jr. Federal Building  
50 Walnut Street  
Newark, NJ 07101

    Re:   <u>*Hoffman v. Time Warner Cable, Inc.*</u>  
            <u>Civil Action No. 12-cv-978 (ES)(SCM)</u>

Dear Judge Mannion:

    This firm represents Plaintiff, Harold M. Hoffman, in the referenced action.

    I write to respectfully request an additional 90-day extension of the discovery order entered by Judge Waldor on December 12, 2012 (*ECF No. 31*). Defendant, Time Warner Cable, Inc., joins Plaintiff's request.

    This renewed request is premised on the parties' continued goal of allowing Judge Debevoise to issue a decision on Time Warner Cable's pending Rule 12(b)(6) motion, prior to expending both sides' resources on further discovery. The transfer of the motion from Judge Salas to Judge Debevoise last October understandably delayed the motion's disposition. The parties respectfully seek to synchronize their discovery efforts with the Court's ruling on the merits of the underlying claims.

    If granted, this application would extend the conclusion of both parties' class discovery for 90 days from the existing April 10, 2013 deadline, and would replace the scheduled April 8, 2013 conference call with the Court for one on a new date to be determined by Your Honor.

    Thank you for your consideration.

                                              Respectfully submitted,

                                              PHILIP C. CHRONAKIS

**EXPERIENCE.**          **INNOVATION.**          **SOLUTIONS.**

Hon. Steven C. Mannion, U.S.M.J.
April 4, 2013
Page 2

cc:  Jonathan D. Thier, Esq.
     Brian T. Markley, Esq.
     John A. Eakins , Esq.
     William E. Goydan, Esq.
     Mindy P. Fox, Esq.

