# WOLFF ▪ SAMSON

| | | | | | | |
|---|---|---|---|---|---|---|
| DAVID SAMSON | JOHN F. CASEY | COUNSEL | OF COUNSEL | MAURO G. TUCCI JR.* | | **MINDY P. FOX** |
| ARTHUR S. GOLDSTEIN* | JAMES D. FERRUCCI | | | ARI S. DAVIS* | | One Boland Drive |
| ARMEN SHAHINIAN* | JOHN A. McKINNEY JR. | AARON D. BASSAN | CARL B. LEVY | MICHAEL R. CARUSO* | | West Orange, NJ 07052 |
| THOMAS R. O'BRIEN* | DARRYL WEISSMAN* | JOSEPH ZAWILA | | WILLIAM J. CANNICI JR.* | | (973) 530-2122 |
| GAGE ANDRETTA* | MICHELLE A. SCHAAP | HOWARD K. UNIMAN | ASSOCIATES | LAUREN R. DEMAURO | | Fax: (973) 530-2322 |
| DANIEL A. SCHWARTZ* | ADAM P. FRIEDMAN* | STEVEN S. KATZ* | | LINDSAY A. SMITH* | | mfox@wolffsamson.com |
| KAREN L. GILMAN | MITCHELL S. BERKEY* | JUNE S. MELLER* | JONATHAN A. TYLER^^ | JOSEPH G. FENSKE^ | | |
| KENNETH N. LAPTOOK* | CATHERINE P. WELLS | ANDREW S. KENT* | MYRNA BLUME | MARISA A. RAUCHWAY* | | |
| FREDRIC P. LAVINTHAL | JONATHAN BONDY* | ERIC J. LEVINE* | WILLIAM R. FINIZIO | MICHAEL G. GORDON* | | |
| DAVID M. HYMAN* | SEAN M. AYLWARD | STEPHEN G. CORDARO* | ANDREW A. NOBLE^^ | CELINE L. BARAKAT* | | |
| DAVID L. SCHLOSSBERG | JOHN G. VALERI JR. | WARREN BARROWS* | MARK A. FORAND* | SCOTT C. HOLLANDER* | | |
| ROGER J. BREENE | ROBERT H. CRESPI* | DONNA M. EREM | DENISE J. PIPERSBURGH* | SCOTT W. LICHTENSTEIN* | | |
| DAVID N. RAVIN* | JAMES P. RHATICAN* | JOHN P. MALONEY* | DANIEL T. McKILLOP | KELLY McDONOUGH* | | |
| BERNARD S. DAVIS | JUNIE HAHN* | MARC R. LEPELSTAT* | FARAH N. ANSARI* | RAFAEL E. ROSARIO, JR.* | | |
| HOWARD J. SCHWARTZ* | JILL D. ROSENBERG* | BRUCE D. ETTMAN* | XAVIER M. BAILLIARD* | MELISSA A. BROWN | | |
| PAUL M. COLWELL | JOHN O. LUKANSKI* | TODD W. TERHUNE | MARIE L. MATHEWS* | RYAN W. FEDERER* | | |
| ROBERT E. NIES | ROXANNA E. HAMMETT | CARLOS G. MANALANSAN* | MELISSA A. SALIMBENE* | MINDY P. FOX* | | |
| MORRIS BIENENFELD* | RONALD L. ISRAEL* | DANIEL D. BARNES* | C. NICOLE SULLIVAN* | BRIAN P. O'NEILL* | | |
| DENNIS M. TOFT | RHONDA CARNIOL* | DIANA L. BUONGIORNO | DARREN GRZYB* | OLEG A. MESTECHKIN^^ | | |
| JEFFREY M. GUSSOFF* | ADAM B. CANTOR* | CHRISTOPHER R. PALDINO* | BETH J. ROTENBERG* | MELISSA I. FALK WERNICK* | | |
| LAURENCE M. SMITH | MARGARET WOOD* | JOSHUA M. LEE | BRIAN KANTAR* | BRIGITTE M. GLADIS | | |
| WILLIAM E. GOYDAN* | DORIT F. KRESSEL* | DAVID M. DUGAN* | JAMES M. VAN SPLINTER* | BARRY S. SOBEL | | |
| PETER E. NUSSBAUM | THOMAS J. TRAUTNER JR. | ELISA M. PAGANO | CHRISTOPHER W. GEROLD* | | | |
| LORI GRIFA* | ROBERT L. HORNBY* | RACHEL C. SANTARLAS^^ | CHRISTOPHER DEFILIPPIS* | PATENT AGENT | | |
| ADAM K. DERMAN | STEPHEN A. KISKER*^ | STEVEN M. DIPASQUO^ | RAJESH V. FOTEDAR^^ | | | |
| JEFFREY M. WEINICK*^ | TRICIA M. GASPARINE | | ELIZABETH C. YOO* | BRYMER H. CHIN | | |
| A. ROSS PEARLSON* | NICOLE F. DIMARIA | | PATRICIA D. CLEARY* | KINZA HECHT | | |
| MICHAEL J. NAUGHTON* | KIRAN V. SOMASHEKARA* | | | | | |
| GEORGE A. SPADORO* | | | | | | |

* MEMBER NJ AND NY BARS
^ MEMBER NY BAR ONLY
' MEMBER MA BAR ONLY
^ REGISTERED PATENT ATTORNEY

April 10, 2013

**<u>Via ECF and Electronic Mail</u>**
Hon. Steven C. Mannion, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101
njdnef_mannion@njd.uscourts.gov

Re: <u>Hoffman v. Time Warner Cable, Inc.</u>
<u>Civil Action No. 2:12-cv-978-ES-SCM</u>

Dear Judge Mannion:

We represent Time Warner Cable, Inc. in the above-captioned matter. Attached, please find a Proposed Scheduling Order covering fact discovery on class certification, which we are submitting jointly with Plaintiff's counsel pursuant to your request (Docket Entry 34).

If you have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

*Mindy P. Fox*

Mindy P. Fox

Enclosure

CC: Philip C. Chronakis, Esq.

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ 07052 ▪ (973) 325-1500 ▪ Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY 10005 ▪ (212) 973-0572
128 West State Street, Suite 3, Trenton, NJ 08608 ▪ (609) 396-6645

www.wolffsamson.com

3845551.1