UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOFFMAN,<br><br>   Plaintiff,<br>v.<br><br>TIME WARNER CABLE, INC.,<br>   Defendants. | Civil Action No.<br><br>2:12-CV-978-ES-SCM<br><br>**ORDER SCHEDULING CONFERENCE** |

**THIS MATTER** having come before the Court on April 8, 2013 by way of telephone conference. Defendant Time Warner Cable's motion for dismissal [D.E. 16] is pending and it has not answered the complaint, and for good cause having been shown,

**IT IS** on this Thursday, April 11, 2013 ordered as follows:

1. **Motion Practice:** No motions are to be filed without leave from this Court. All dispositive motions must first be the subject of a dispositive motion pre-hearing. These pre-requisites must be met before any motions are filed and the motions will be returned if not met. All calendar or dispositive motions, if permitted, shall comply with L. Civ. R. 7.1(b), and L. Civ. R. 78.1.

2. **Pro Hac Vice Application(s)**: Can be made informally at any time but must include: (a) an affidavit of local counsel, (b) an affidavit of counsel seeking admission *pro hac vice*, and (c) a proposed form of order. See L.Civ.R. 101.1 (c) and the related commentary in Lite, *N.J. Federal Practice Rules* (Gann 2007), for information about the form and content of the aforementioned affidavits and proposed form of order. Local counsel must appear for all in-person and telephone conferences with the Court, sign all papers and stipulations per L.Civ.R. 101.1 (c)(4).

3. **Fact Discovery**: The parties are not compelled to engage in additional discovery until further order of the Court.

4. **Pre-certification Discovery Deadline**: The dates to begin and conclude fact discovery as to Fed.R.Civ.P. 23 class certification and limited, reasonably related, merits discovery is to TBD. Note that the necessity and scope of merits discovery will be determined after a decision is made on class certification.

5. **Status Letter**: The parties will file a joint letter with the Court on about 7/11/2013 itemizing the issues that need to be discussed in the upcoming conference.

6. **Conference**:  The court will hold an in-person conference in Court Room 4A with Magistrate Judge Mannion on 7/18/2013 **at 10:30 a.m.**  Additional conferences may be scheduled by the Court via text order every 90 to 120 days or as necessary.

7. **Facsimiles:** Judge Mannion will accept the following correspondence by facsimile up to five pages (plus the cover sheet): (a) joint discovery plans; (b) confidential settlement positions; (c) proposed orders; (d) letters advising that settlement has been reached; and truly emergent correspondence.  Courtesy copies of motion papers and exhibits should be delivered to the Court by mail or other carrier.  Counsel should obtain permission from Chambers to fax any other documents.

**FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**

*/s/ Steve C. Mannion*
Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

4/11/2013 9:06:47 AM